| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Proposed Attorneys for Eric R. Perkins,<br>  Chapter 7 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>ERIC KIM a/k/a IL KANG,<br><br>               Debtor. | Case No. 25-21674 (VFP)<br><br>Judge:  Vincent F. Papalia<br><br>Chapter 7 |

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Eric R. Perkins, is the

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____.

2. The applicant seeks to retain the following professional, Hellring

Lindeman Goldstein & Siegal LLP (the "Firm"), to serve as:

☒ Attorney for: ☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____.

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____.

☐ Other Professional:

    ☐ Realtor ☐ Appraiser ☐ Special Counsel

    ☐ Auctioneer ☐ Other (specify): _____.

3.      The employment of the professional is necessary because:   Applicant desires to retain the Firm as counsel to represent his interests as Trustee in this case.

4.      The professional has been selected because: Its members have considerable experience in matters of this nature and believes that the Firm is well qualified to represent the Trustee in this proceeding.

5.      The professional services to be rendered are as follows:

(a)      To give advice to Applicant with respect to his powers and duties as Trustee.

(b)      To review and analyze the books and records of the Debtor and prosecute causes of action which may exist against the Debtor or third parties.

(c)      To prepare on behalf of Applicant necessary applications, answers, orders, reports, and other legal papers.

(d)      To appear before the Bankruptcy Court and to protect the interests of Applicant before said Bankruptcy Court.

(e)      To perform all other legal services for Applicant as Trustee, which may be necessary herein, in the administration of the within estate.

6.      The proposed arrangement for compensation is as follows: The hourly rates charged by attorneys in the Firm who may render services in the case, ranges from $475.00 to $760.00.  The Firm understands that compensation for services will be fixed by the Court with proper application accompanied by the appropriate certification of services.

7.      To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and

2

accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____.

8.     To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____.

9.     If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:   January 28, 2026                    /s/ Eric R. Perkins

_____

Signature of Applicant


ERIC R. PERKINS
_____
Name of Applicant

*rev.8/1/15*

3

487316