UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HELLRING LINDEMAN GOLDSTEIN
  & SIEGAL LLP
Patricia A. Staiano, Esq.
Proposed Attorneys for Eric R. Perkins,
   Chapter 7 Trustee
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031
973.621.9020
pstaiano@hlgslaw.com

In Re:

ERIC KIM a/k/a IL KANG,

                              Debtor.

Case No. 25-21674 (VFP)

Judge:  Vincent F. Papalia

Chapter 7

CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL

I, Patricia A. Staiano, being of full age, certify as follows:

1.      I am seeking authorization to be retained as counsel for the Chapter 7

Trustee.

2.      My professional credentials include: I am duly admitted to practice

law before the State of New Jersey and before this Court.

3.      I am a member of or associated with the firm of Hellring Lindeman

Goldstein & Siegal LLP (the "Firm").

4.      The proposed arrangement for compensation, including hourly rates, if

applicable, is as follows: The hourly rates charged by attorneys at the Firm who may render

services in the case currently ranges from $475.00 to $760.00 based upon the experience

and expertise of the attorney (my hourly rate is $650.00).  Compensation for services will be

fixed by the Court with proper application accompanied by the appropriate certification of

services.

☐   Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒   None

☐   Describe connection:

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒   None

☐   Describe Connection: _____

_____.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒   do not hold an adverse interest to the estate.

☒   do not represent an adverse interest to the estate.

☒   are disinterested under 11 U.S.C. §101(14).

☐   do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. §327(e).

☐   Other.  Explain:

2

8.    If the professional is an auctioneer,

(a)    The following are my qualifications and experience with the liquidation or sale of similar property:

(b)    The proposed method of calculation of my compensation, including rates and formulas, is:

Pursuant to D.N.J. LBR 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D.N.J. LBR 2016-1.

(c)    The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

(d)    Have you, or a principal of your firm, been convicted of a criminal offense?    ☐ No        ☐ Yes (explain below)

(e)    I certify that a surety bond as described in D.N.J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

I certify under penalty of perjury that the above information is true.

Date:    January 28, 2026                  /s/ Patricia A. Staiano

                                         _____
                                                Signature of Professional

*rev. 8/1/15*

3